UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

Sandra J. Pfeffer, M.D.

                Plaintiff(s),

-against-

Empire Stat, Inc., et al.

                Defendant(s).
------------------------------------------------------------x

03 Civ. 1404 (LTS)(FM)

<u>ORDER OF DISCONTINUANCE</u>

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/13/07
```

It having been reported to this Court that the above entitled action has been settled, and the parties and their counsel having consented to the undersigned exercising jurisdiction over this case for the limited purpose of entering this Order of Discontinuance, it is hereby

ORDERED that said action be and hereby is, discontinued (with) ~~without~~ prejudice and ~~with~~ (without) costs; provided, however, that within 30 days of this date of the order, counsel for plaintiff may apply by letter for restoration of the action to the active calendar of the court, in which event the action will be restored.

DATED: New York, New York
         April 13, 2007

_____
Frank Maas
United States Magistrate Judge

_____
Attorney(s) for Plaintiff

_____ Wilson Elser et al.
Attorney(s) for Defendant

Agreed and Consented to:

_____
Sandra Pfeffer

Agreed and Consented to:

_____